UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-21584-CIV-ALTONAGA/TURNOFF

GLENN CONIGLIARO, *et al.*,

      Plaintiffs,

vs.

NORWEGIAN CRUISE LINE LIMITED, *etc.*,

      Defendants.

_____/

### PLAINTIFF DARRICK LANE'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF CRIMINAL CONVICTIONS

Plaintiff DARRICK LANE ("Plaintiff LANE"), pursuant to Rule 103, Federal Rules of Civil Procedure, moves this Court *in Limine* for an Order excluding any references whatsoever to his over ten (10) year old criminal conviction and incarceration for same, and states as follows:

Plaintiff LANE believes that Defendants intend to present or comment on evidence of his criminal convictions and incarceration for same.

More than ten (10) years have elapsed since the date of Plaintiff LANE's conviction and release from confinement imposed for that conviction.

In relevant part, Rule 609, Federal Rules of Evidence, provides that:

> Evidence of a conviction under this rule is not admissible if a period of more than ten years has elapsed since the date of the conviction or of the release of the witness from confinement imposed for that conviction, whichever is the later date, unless the Court

Case No. 05-21584-CIV-ALTONAGA/TURNOFF

> determines, in the interests of justice that the probative value of the conviction supported by specific facts and circumstances substantially outweighs its prejudicial effect. However, evidence of a conviction more than ten (10) years old as calculated herein is not admissible unless the proponent gives the adverse party sufficient advance written notice of intent to use such evidence to provide the adverse party with fair opportunity to contest the use of such evidence.

Fed. R. Evid. 609(b).

Here, Plaintiff LANE's conviction and incarceration ended approximately nineteen (19) years ago, well in excess of the ten (10) year limit contemplated by Rule 609.

In addition, Defendants have not provided any advance written notice of the intent to use such evidence in this matter.

Even assuming *arguendo* that Plaintiff LANE's conviction and incarceration were in any way relevant to the present case, which they are not, any probative value is substantially outweighed by the danger of unfair prejudice, and confusion of the issues.

Any evidence of Plaintiff LANE's conviction or incarceration for same would be unfairly prejudicial as it may cause a jury to provoke its instinct to punish Plaintiff LANE for an act that occurred almost twenty years ago, or may otherwise cause the jury to base its decision on something other than the established propositions in the case. *See* Fed. R. Evid. 403 (unfairly

Case No. 05-21584-CIV-ALTONAGA/TURNOFF

prejudicial); *see also.,* Carter v. Hewitt, 617 F.2d. 961, 972 (3d Cir. 1980).

Plaintiff LANE further submits that any evidence of his conviction or incarceration is not relevant to the present case, and should be excluded on those grounds as well. *See* Fed. R. Evid. 403.

WHEREFORE, Plaintiff LANE respectfully requests this Court enter an Order GRANTING the within Motion *in Limine* to preclude any references to his criminal convictions and incarceration for same, and that all such matters be excluded from the evidence in this case.

Respectfully submitted,

RIVKIND, PEDRAZA & MARGULIES, P.A.
Attorneys for Plaintiffs
GLENN CONIGLIARO, *et al.*
66 West Flagler Street
Suite 600
Miami, Florida  33130
(305) 374-0565
(305) 539-8341 Facsimile

By: s/ NICOLAS G. SAKELLIS
    Florida Bar No. 939269
    *For* BRUCE M. MARGULIES
    Florida Bar No. 354414

3

Case No. 05-21584-CIV-ALTONAGA/TURNOFF

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using CM/ECF and served on all parties by the manner specified on the attached Service List this 20th day of April, 2007.

s/ NICOLAS G. SAKELLIS

Case No. 05-21584-CIV-ALTONAGA/TURNOFF

**SERVICE LIST**

Richard P. Rinaldo, Esq.
RINALDO & RINALDO, LLC
Co-Counsel for Plaintiffs
GLENN CONIGLIARO, *et al*.
405 Westfield Avenue
Elizabeth, New Jersey  07208
(908) 353-5300
(908) 353-3364 Facsimile
***Service via facsimile***

Joel S. Perwin, Esq.
JOEL S. PERWIN, P.A.
Co-Counsel for Plaintiffs
GLENN CONIGLIARO, *et al*.
169 East Flagler Street
Suite 1422
Miami, Florida  33131
(305) 779-6090
(305) 779-6095 Facsimile
*jperwin@perwinlaw.com*
***Service via CM/ECF e-mail***

Richard B. Rosenthal, Esq.
RICHARD B. ROSENTHAL, P.A.
Co-Counsel for Plaintiffs
GLENN CONIGLIARO, *et al*.
169 East Flagler Street
Suite 1422
Miami, Florida  33131
(305) 779-6097
(305) 779-6095 Facsimile
*rbr@rosenthalappeals.com*
***Service via CM/ECF e-mail***

Case No. 05-21584-CIV-ALTONAGA/TURNOFF

Curtis J. Mase, Esq.
Richard D. Lara, Esq.
MASE & LARA, P.A.
Attorneys for Defendants
NORWEGIAN CRUISE LINE LIMITED, *etc., et al*.
80 S.W. 8th Street
Suite 2700
Miami, Florida  33130
(305) 377-3770
(305) 377-0080 Facsimile
*cmase@mltrial.com*
***Service via CM/ECF e-mail***

     **Note**:  This Service List will be updated as additional CM/ECF authorized e-mail addresses become known.