```
             UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA

         Case No. 05-21584-CIV-ALTONAGA/TURNOFF
```

GLENN CONIGLIARO, *et al.*,

    Plaintiffs,

vs.

NORWEGIAN CRUISE LINE LIMITED,
*d/b/a* Norwegian Cruise Line,
a Bermuda Corporation; and
NCL (BAHAMAS) LTD.,

    Defendants.
_____/

**ORDER GRANTING
PLAINTIFFS' MOTION FOR PERMISSION TO
BRING MATERIALS INTO COURTROOM**

THIS CAUSE having come up before the Court on Plaintiffs' Motion for Permission to Bring Materials into Courtroom (D.E. 303) on May 10, 2007, and the Court having reviewed the file and being otherwise fully advised in the premises, it is,

ORDERED AND ADJUDGED that:

1. Plaintiffs' Motion for Permission to Bring Materials into Courtroom is GRANTED.

2. Counsel for Plaintiffs, their office/support staff, and contracted vender *TrialGraphix* are allowed to bring the following materials into the Courtroom to assist in the prosecution of this matter:

Case No. 05-21584-CIV-ALTONAGA/TURNOFF

     a.   **Equipment Items** (to be brought into Courthouse and set-up separately by vendor *TrialGraphix*):

         (1)   One high-resolution projector;

         (2)   One presentation computer;

         (3)   One 6-way distribution amplifier;

         (4)   Associated VGA cabling and wiring;

         (5)   One large projection screen;

         (6)   One digital visual presenter (document camera or "ELMO");

         (7)   One four-way switching device; and

         (8)   One audio system.

     b.   **Equipment Items** (to be brought into Courthouse by counsel for Plaintiffs' office/support staff)

         (1)   One television monitor on an audio-visual cart;

         (2)   One VHS player;

         (3)   Once DVD player;

         (4)   One laptop computer with portable printer;

         (5)   One laser tape measure ("Leica DISTO Model A2");

         (6)   Three or more easels;

         (7)   One overhead projector on an audio-visual cart;

Case No. 05-21584-CIV-ALTONAGA/TURNOFF

(8) Associated electrical extension cords;

(9) Two to three (2-3) boxes of trial supplies, *e.g.* books, office supplies, *etc*.;

(10) One to two (1-2) handtruck(s).

c. **Exhibits & Other** (to be brought into Courthouse by counsel for Plaintiffs' office/support staff):

(1) Numerous posterboard enlargements.

(2) Fifteen (15) to twenty (20) boxes containing documentary exhibits; and

(3) Twenty-five to thirty (25-30) boxes of file materials.

DONE AND ORDERED in Chambers, at Miami, Miami-Dade County, Florida, this 11th day of May, 2007.

*Cecilia M. Altonaga*
_____
CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

Copies to:
United States Marshal
counsel of record